IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                        No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

        Defendants.              ORDER

                                /

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the second amended complaint filed November 9, 2007. For the reasons explained, the court finds that the complaint states cognizable claims for relief against Haverson, Lesaine and Petrey and that the findings and recommendations issued on October 24, 2007, are moot.

        On May 11, 2007, plaintiff filed his initial complaint naming eleven defendants. The court reviewed this complaint pursuant to 28 U.S.C. § 1915A, and found that plaintiff stated cognizable claims for relief against defendants Haverson, Lesaine and Petrey, but not against any other defendant. The court gave plaintiff the option of filing an amended complaint to cure the deficiencies in claims against eight defendants or pursuing the claims he did state against the other three defendants. Plaintiff chose the former, and on August 6, 2007, he filed a first

1

1 amended complaint naming the same eleven defendants.  Again, the court found that plaintiff
2 stated cognizable claims for relief against Haverson, Lesaine and Petrey, but not against any
3 other defendants.  Thus, on October 24, 2007, the court gave plaintiff 30 days to submit
4 materials necessary to serve process on Haverson, Lesaine and Petrey and recommended that the
5 claims against the other defendants be dismissed.  Instead of timely submitting the materials for
6 service of process, plaintiff filed a second amended complaint on November 9, 2007.  It appears
7 that plaintiff merely omits the defendants and claims that this court has recommended be
8 dismissed and repeats the claims he already stated against Haverson, Lesaine and Petrey.  Thus,
9 while the second amended complaint has served to delay resolution of these proceedings, this
10 action now proceeds on it.  *See* Local Rule 15-220; *see Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir.
11 1967) (an amended complaint supersedes all prior complaints).

The court has reviewed the second amended complaint and finds that for the limited purposes of § 1915A screening, the complaint states cognizable claims for relief against Haverson, Lesaine and Petrey pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). However, plaintiff must again submit materials necessary to effect service of process. Furthermore, since plaintiff himself withdrew his claims against the other defendants, the October 24, 2007, findings and recommendations to dismiss claims against them are moot.

Accordingly, it is ORDERED that

1. Service is appropriate for defendants Haverson, Lesaine and Petrey.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the November 9, 2007, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed November 9, 2007, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Haverson, Lesaine and Petrey pursuant to Federal Rule of Civil

Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

    5.  The October 24, 2007, recommendation that claims against J. Pearson, N. Grannis, S. Moreno, J. Spaulding, R. Anderson, M. Veal, R. St. Germain, M. Taylor, J. Walker and J. Silbaugh are vacated on the ground they are moot.

Dated:  March 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                      No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

        Defendants.             NOTICE OF SUBMISSION

_____/     OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ____        completed USM-285 forms

        ____        copies of the _____
                                      November 9, 2007 Amended Complaint

DATED:

                                                          _____
                                                          Plaintiff