IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

      Plaintiff,                         No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

      Defendants.                  ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On October 24, 2007, the court reviewed plaintiff's first amended complaint as required by 28 U.S.C. § 1915A. The court found that plaintiff failed to state any cognizable claim against defendant J. Pearson, N. Grannis, S. Moreno, J. Spaulding, R. Anderson, M. Veal, R. St. Germain, M. Taylor, J. Walker or Silbaugh, recommended that they be dismissed from this action and gave plaintiff 20 days to file objections. Also on that date, the court found that plaintiff stated cognizable claims against defendants D. Halverson, LeSaine and Petrey, and directed plaintiff to submit the papers necessary to serve process on them. Plaintiff has not filed objections to the findings and recommendations. Nor has he submitted the documents necessary to effect service of process. Instead, on November 9, 2007, he filed a second amended complaint.

1

The court finds that, for the limited purposes of § 1915A screening, the amended complaint states cognizable claims for relief against defendants in their individual capacities pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as follows: (1) D. Halverson for retaliation; (2) LeSaine for violations of the Eighth and Fourth Amendment; and (3) Petrey and R. Lee for violations of the Eighth Amendment.

The court notes that plaintiff did not in the second amended complaint name any of the defendants against whom plaintiff failed to state any cognizable claim in the first amended complaint. Since the second amended complaint supersedes all earlier complaints, *see Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967), those defendants are no longer part of this action. Thus, the findings and recommendations are moot. Plaintiff's claims in the second-amended complaint against defendants D. Halverson, LeSaine and Petrey are the same as those in the first amended complaint. However, plaintiff adds a new defendant, R. Lee. Plaintiff claims that this defendant and LeSaine used excessive force in violation of the Eighth Amendment when they accosted him in a food line, handcuffed him and placed him in a cage for four hours with the handcuffs tight behind his back, injuring plaintiff's shoulders.

While the court finds that plaintiff states cognizable claims against these defendants, plaintiff is admonished that he must comply with this order. A party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110. The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed). Plaintiff disobeyed the court's October 24, 2007, order to submit documents for service of

process on three defendants. The court will not tolerate plaintiff's disobedience to future orders.

Accordingly, it hereby is ordered that:

1. Service is appropriate for defendants D. Halverson, LeSaine, Petrey and R. Lee;

2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the November 9, 2007 pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the endorsed November 9, 2007, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants D. Halverson, LeSaine, Petrey and R. Lee pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 7, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                    No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

        Defendants.           <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       <u> 1 </u>      completed summons form

       <u> 4 </u>      completed forms USM-285

       <u> 5 </u>      copies of the <u> November 9, 2007 </u>
                                           Second Amended Complaint

Dated:

                                                       _____
                                                                Plaintiff