IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

      Plaintiff,                       No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff moves to modify the scheduling order to permit him more time to conduct discovery. For the reasons explained below, the motion is denied.

      A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order discovery will close and all motions to compel discovery must be filed no later than November 7, 2008. The order requires that all requests for discovery must be served no later than 60 days before that date.

      Plaintiff asserts that he cannot serve interrogatories or requests for the production of documents, and cannot file a motion to compel (should one be necessary) because he takes

1

medication that causes drowsiness. Pl.'s Mot. to Modify, at 2. He also asserts that he has a shoulder injury that makes it difficult to write. *Id.* Plaintiff does not explain what he has done thus far in an attempt to comply with the scheduling order. He therefore has failed to demonstrate that in spite of his diligence, he cannot comply with the discovery deadlines established in the schedule.

Accordingly, it hereby is ordered that plaintiff's September 25, 2008, motion to modify the schedule (Dckt. No. 35) is denied.

Dated: October 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE