IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                    No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

        Defendants.            ORDER

                              /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants have filed on December 31, 2008,[1] a request for additional time to file a dispositive motion. The July 11, 2008, scheduling order court set January 2, 2009, as the date by which dispositive motions must be filed. Therefore, the court construes defendants' request as under Rule 16, Fed. R. Civ. P., to modify that scheduling order.

        A pretrial schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he or she cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604,

---

[1] The court notes that there is no rule that automatically suspends the time to act once a party files a request for additional time. Merely submitting a request does not, itself, modify the due date.

1

609 (9th Cir. 1992). The request states that defendants' counsel has completed "substantial work" on the motion for summary judgment, but because she has been absent from the office for various reasons, her time to work on the motion has been limited. The request asserts that "additional time is needed to complete Defendants' statement of undisputed facts," Defs.' Req., at 2, and that "it may be necessary to obtain a doctor's opinion of [plaintiff's] alleged injuries"due to allegations in the complaint. *Id.*

Defendant shall have until February 2, 2009, to file a dispositive motion. The court does not intend to extend this time.

So ordered.

Dated: December 31, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE