1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STANLEY SIMS,

11           Plaintiff,                    No. CIV S-07-0898 MCE EFB P

12       vs.

13   M. VEAL, et al.,

14           Defendants.                    ORDER

15   _____/

16           Plaintiff is a state prisoner proceeding without counsel in an action under 42 U.S.C.

17   § 1983.  Plaintiff has moved to compel discovery, asserting that defendants have not responded

18   to his discovery requests.[1]  He seeks an order compelling them to serve responses.  As explained

19   below, the motion is denied.

20           On July 11, 2008, the court issued a schedule governing this case.  *See* Fed. R. Civ. P.

21   16(b).  Pursuant to that schedule, all motions to compel discovery had to be filed no later than

22   November 7, 2008.  All discovery requests had to be filed no later than 60 days before that date,

23   which was September 8, 2008.  Plaintiff asserts that he served his discovery requests on

24   _____

25           [1] It appears that plaintiff intended to file copies of his discovery requests as exhibits in
     support of his motion.  Pl.'s Mot. to Compel, at 1.  However, the docket does not reflect that
     exhibits were filed with this motion.  Defendants do not contest the allegation that plaintiff
26   served discovery requests.  Rather, they merely assert that they were not obliged to respond.

                                              1

September 18, 2008, ten days after they should have been served. On September 25, 2008, plaintiff requested that the court modify the schedule to permit him to file discovery requests beyond the time permitted in the schedule. The court denied this request because plaintiff failed to explain what he had done to comply with the schedule. In short, plaintiff served his discovery requests late and failed to obtain a modification of the schedule. Therefore, defendants were not obliged to respond to the discovery requests. *See Harris v. City of Seattle*, 315 F. Supp.2d 1112, 1118-1119 (W. D. Wash. 2004) (denying motion to compel discovery on the ground that discovery requests were served the date discovery closed). There is no basis for granting plaintiff's motion to compel.

Accordingly, it is ORDERED that plaintiff's November 5, 2008, motion to compel responses to his discovery requests is denied.

Dated: March 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE