IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

    Plaintiff,               No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, et al.,

    Defendants.          <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an opposition to defendants' March 27, 2009, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's May 14, 2009, request is granted and plaintiff has 30 days from the date this order is served to file and serve a response to defendants' March 27, 2009, motion for summary judgment.

        So ordered.

DATED: May 26, 2009.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE