IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                    No. CIV S-07-0898 MCE EFB P

    vs.

VEAL, Warden, et al.,

        Defendants.            <u>ORDER</u>

                               /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Currently pending is defendants' March 27, 2009, motion for summary judgment and plaintiff's opposition thereto.  The court notes that the parties have entered into settlement negotiations facilitated by Magistrate Judge Kellison.  Thus, it is possible that there will be no need to resolve the summary judgment motion.  The court therefore denies the motion without prejudice to renewal should it become clear that the parties cannot come to a settlement agreement.

       Accordingly, it is ORDERED that:

       1.  Defendants' March 27, 2009, motion for summary judgment is denied without prejudice to renewal in the event that settlement is not possible.

////

2. If defendants wish to renew their motion, they shall file a request to do so within 20 days of the date settlement negotiations are concluded. Plaintiff has 15 days from defendant's request to renew his opposition.

Dated: June 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE