IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY SIMS,

        Plaintiff,                    No. CIV S-07-0898 KJM EFB P

    v.

VEAL, et al.,

        Defendants.             <u>APPOINTMENT ORDER</u>

        Plaintiff Stanley Sims is a former California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. After careful review of the procedural history and record in this matter, the court finds that appointment of counsel is warranted. Randall Haimovici and Rachael Smith have been selected from the court's pro bono attorney panel and have accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

1. Randall Haimovici and Rachael Smith are appointed as pro bono counsel in this matter.

2. Counsel shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

/////

3. If plaintiff agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within **21** days of this order. If plaintiff rejects the appointment of counsel, counsel shall notify the Court in writing within **21** days and counsel will be allowed to withdraw so plaintiff may proceed pro se.

4. The Clerk of the Court is directed to serve a copy of this order upon plaintiff and upon Randall Haimovici and Rachael Smith, Shook Hardy & Bacon, LLP, 1 Montgomery Street, Suite 2700, San Francisco, California 94104.

5. The trial confirmation hearing, currently set for November 1, 2012 at 3:30 is hereby vacated and is reset for November 15, 2012 at 3:30 in Courtroom Three.

DATED: October 18, 2012.

_____
UNITED STATES DISTRICT JUDGE