IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STANLEY SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV S-07-898 KJM EFB P |
| | ) | |
| v. | ) | |
| | ) | |
| VEAL, et al., | ) | ORDER |
| Defendants. | ) | |

This case was on calendar on November 15, 2012 for trial confirmation hearing. Rachael Smith, Shook, Hardy & Bacon, LLP appeared for plaintiff; Jeffrey Steele, Deputy Attorney General, appeared for defendants Halverson, LeSaine and Lee.

After discussion with the parties, the court vacates the currently set trial date of December 17, 2012 and sets the matter for trial on February 4, 2013 at 9:00 a.m. Additional information about the court's trial schedule is available in the "Standard Information" portion of Judge Mueller's section of the court's website. The parties should follow the local rules to determine the dates for submitting proposed voir dire and jury instructions as well as for filing any motions in limine.

In addition, the court sets November 30, 2012 as the last day for exchange of exhibits.

/////

1 Finally, should the parties want to set a settlement conference before a judge of
2 this court, they should submit a joint request in sufficient time to allow for meaningful settlement
3 proceedings before trial.

IT IS SO ORDERED.

DATED: November 19, 2012.

_____
UNITED STATES DISTRICT JUDGE